United States District Court
Southern District of New York                          7:21-cv-01224-NSR

Justin Schoonmaker, individually and on behalf of all others similarly situated,

                Plaintiff,

      - against -                                        Notice of Voluntary Dismissal

Cape Cod Potato Chip Company, LLC,

                Defendant

      Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   June 25, 2021

                                              Respectfully submitted,

                                              Sheehan & Associates, P.C.

                                              /s/Spencer Sheehan
                                              Spencer Sheehan
                                              60 Cuttermill Rd Ste 409
                                              Great Neck NY 11021-3104
                                              Tel: (516) 268-7080
                                              Fax: (516) 234-7800
                                              spencer@spencersheehan.com

7:21-cv-01224-NSR
United States District Court
Southern District of New York

Justin Schoonmaker, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Cape Cod Potato Chip Company, LLC,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 268-7080
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: June 25, 2021

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on June 25, 2021, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan